AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
для the

District of Delaware

| Houston Harvest, Inc. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:08-CV-00495 |
| Brett Glass | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Brett Glass
14717 Farley
Overland Park, KS 66221

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Charles J. Brown, III
Archer & Greiner PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**PETER T. DALLEO**
Name of clerk of court

Date: 8|8|08

*[signature]*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint* in this case on ___08-14-08___,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with ___Nicole Glass, Spouse___
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___.

Date: ___8/14/08___

                                                           _____
                                                                Server's signature

                                                            Mike Tomkiewicz, PPS
                                                            Printed name and title

                                                            **Capitol Process Services, Inc.**
                                                            **1827 18th Street, NW**
                                                            **Washington, DC 20009**

                                                            Server's address

\* Civil Cover Sheet and Demand for Jury Trial with Exhibits